**FILED**

December 21, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSE ARNULFO ALCALA-GARCIA, ) <br> ) <br> Defendant. ) | Case No. 2:18-MJ-00252-AC-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSE ARNULFO ALCALA-GARCIA</u>, Case No. <u>2:18-MJ-00252-AC-2</u>, Charge <u>21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $_____

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)   <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court. Defendant shall be released by 5:00 pm on 12/21/2018.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 21, 2018</u> at <u>3:25</u> PM.

By _____
Deborah Barnes
United States Magistrate Judge